UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL OWENS,<br><br>         Petitioner,<br><br>         v.<br><br>J. SOTO, Warden<br><br>         Respondent. | No. SA CV 15-2015-BRO (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. Additionally, the Court has reviewed the Petitioner's "reply" to Respondent's motion to dismiss which was submitted to the Court simultaneously with Petitioner's objections to the Report and Recommendation. Petitioner contends that the reply was submitted to the Court in April 2016 in opposition to Respondent's motion to dismiss; as the Report and Recommendation notes, no such opposition was received by the

Court. The Court has considered the arguments made in Petitioner's reply as part of its consideration of Petitioner's objections and reviewed those arguments de novo.

    The Court accepts the findings and recommendation of the Magistrate Judge. IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATED: February 1, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge